```
IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr482-MHT |
| | ) | (WO) |
| CYRUS PHYFIER | ) | |

## ORDER

Pursuant to the parties' joint report (doc. no. 589), it is ORDERED that:

(1) The following motions *in limine* are denied as moot: doc. nos. 493, 545, and 546

(2) The motion *in limine* to exclude the phone recording between the defendant and Kimberly Haynes (doc. no. 532) is denied.

(3) The following motions *in limine* are granted as set forth in the joint report (doc. no. 589): doc. nos. 480, 481, 482, 494, 495, 496, 497, and 520.

DONE, this the 5th day of August, 2019.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE