IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr482-MHT |
| | ) | (WO) |
| CYRUS PHYFIER | ) | |

## VERDICT

*COUNT 1*

1. As to the charge in Count 1 of the indictment, we, the jury, find the defendant, Cyrus Phyfier,

_____ NOT GUILTY

__X__ GUILTY

If your answer is not guilty, you need not consider the next paragraph (paragraph 2).

2. We, the jury, having found defendant Cyrus Phyfier guilty of the offense charged in Count 1, further find beyond a reasonable doubt with respect to that Count that he conspired to distribute or possess with intent to distribute the following controlled substances in the amount shown (place an X beside one answer):

Cocaine

\_\_\_\_ 5 kilograms or more.

_X_ 500 grams or more but less than 5 kilograms.

\_\_\_\_ Less than 500 grams.

\_\_\_\_ No detectable amount.

Cocaine base ("crack" cocaine)

_X_ 280 grams or more.

\_\_\_\_ 28 grams or more but less than 280 grams.

\_\_\_\_ Less than 28 grams.

\_\_\_\_ No detectable amount.

Marijuana

_X_ Detectable amount.

\_\_\_\_ No detectable amount.

*COUNT 2*

As to the charge in Count 2 of the indictment, we, the jury, find the defendant, Cyrus Phyfier,

    \_\_\_\_ NOT GUILTY

    _X_ GUILTY

*COUNT 3*

As to the charge in Count 3 of the indictment, we, the jury, find the defendant, Cyrus Phyfier,

    \_\_\_\_ NOT GUILTY

    _X_ GUILTY

*COUNT 4*

As to the charge in Count 4 of the indictment, we, the jury, find the defendant, Cyrus Phyfier,

    \_\_\_\_ NOT GUILTY

    _X_ GUILTY

*COUNT 5*

As to the charge in Count 5 of the indictment, we, the jury, find the defendant, Cyrus Phyfier,

 ____ NOT GUILTY

 _X__ GUILTY

*COUNT 6*

As to the charge in Count 6 of the indictment, we, the jury, find the defendant, Cyrus Phyfier,

 ____ NOT GUILTY

 _X__ GUILTY

*COUNT 7*

As to the charge in Count 7 of the indictment, we, the jury, find the defendant, Cyrus Phyfier,

 ____ NOT GUILTY

 _X__ GUILTY

## COUNT 8

As to the charge in Count 8 of the indictment, we, the jury, find the defendant, Cyrus Phyfier,

_____ NOT GUILTY

__X__ GUILTY

## COUNT 9

As to the charge in Count 9 of the indictment, we, the jury, find the defendant, Cyrus Phyfier,

_____ NOT GUILTY

__X__ GUILTY

## COUNT 10

As to the charge in Count 10 of the indictment, we, the jury, find the defendant, Cyrus Phyfier,

_____ NOT GUILTY

__X__ GUILTY

SO SAY WE ALL.

_____
Foreperson

DATED: 8/23/19