```
IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

    MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr482-MHT** |
| | ) | **(WO)** |
| **CYRUS PHYFIER** | ) | |

## ORDER

It is ORDERED that defendant Cyrus Phyfier's motion for counsel to withdraw (doc. no. 638) is set for hearing on September 13, 2019, at 9:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

Attorney David Windell Vickers is to be present, and the government is to arrange for the presence of defendant Phyfier.

DONE, this the 11th day of September, 2019.

                                /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**