# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr482-MHT |
| | ) | (WO) |
| CYRUS PHYFIER | ) | |

## ORDER

During an on-the-record hearing on October 15, 2019, it was unclear whether the government had been mailing copies of its court filings directly to defendant Phyfier. Because defendant Cyrus Phyfier is representing himself, it is ORDERED that, in the future, the government is to mail directly to defendant Phyfier copies of all its court filings.

(It ends up, that, before filing his reply (doc. no. 694) to the government's response (doc. no. 655) to his motion for new trial (doc. no. 636), defendant Phyfier was able to obtain a copy of the government's response.)

DONE, this the 15th day of October, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**