**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:17cr482-MHT** |
| | ) | **(WO)** |
| **CYRUS PHYFIER** | ) | |

**ORDER**

Based on the representations made during an on-the-record hearing on October 15, 2019, it is ORDERED that the government and standby counsel are to arrange for defendant Cyrus Phyfier to have regular access to all of the evidence in this case while he is in the local jail. To the extent that the evidence consists of videos and other recordings, the government and standby counsel are to arrange for defendant Phyfier to have regular access to a computer and for him to receive training on how to use the computer.

It is further ORDERED that, on or before October 22, 2019, the government is to file a report as to what steps have been taken to assure the above, including confirmation that the evidence has been provided to

defendant Phyfier as well as when and how often defendant Phyfier has had, and will continue to have, access to it.

DONE, this the 15th day of October, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE