IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:17cr482-MHT
                            )            (WO)
CYRUS PHYFIER               )
```

OPINION AND ORDER

Defendant Cyrus Phyfier filed two motions to compel the return of property--a gun and a cellphone--seized by the government as part of the criminal case against him.  This case is before the court on the recommendation of the United States Magistrate Judge that Phyfier's motions to compel be denied.  Also before the court are Phyfier's objections to the recommendation, and the government's response to the objections.  Upon an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

Accordingly, it is ORDERED that:

(1) The objections (Doc. 916) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 915) is adopted.

(3) The motions to compel (Doc. 904 & Doc. 910) are denied.

DONE, this the 11th day of January, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**