IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr482-MHT |
| | ) | (WO) |
| CYRUS PHYFIER | ) | |

ORDER

Upon consideration of defendant Cyrus Phyfier's motion for status of his motion for compassionate release, it is ORDERED that motion for status (Doc. 957) is granted. The court denied the motion for compassionate release (Doc. 893), which the court referred to as a motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A), on April 11, 2024.

The clerk of court is directed to mail a copy of the order denying the motion (Doc. 955) to defendant Phyfier.

DONE, this the 20th day of September, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE